In re Gary L. DETEMPLE, Debtor.

Gary L. DeTemple, Plaintiff-Appellant,

v.

Martin P. Sheehan, Trustee; John N. Charnock, Jr., Trustee; Thomas H. Fluharty, Trustee, Defendants-Appellees,

and

United States of America,
Party in Interest.

No. 01-2409.

United States Court of Appeals,
Fourth Circuit.

Submitted July 31, 2002.

Decided Aug. 23, 2002.

Gary L. DeTemple, Appellant Pro Se. Martin P. Sheehan, Sheehan & Nugent, Wheeling, West Virginia; John N. Charnock, Jr., Charnock & Charnock, Charleston, West Virginia; Thomas H. Fluharty, Clarksburg, West Virginia, for Appellees.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Gary L. DeTemple appeals the district court's order denying his motion to reconsider a prior order denying his motion for recusal of the district court judge. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *DeTemple v. Sheehan,* Nos. CA-00-149-5; BK-95-

50154 (N.D.W.Va. Oct. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*